698

247 U.S. 512, 38 S.Ct. 579

John A. JESSON et al., Petitioners, v. F. G. NOYES, as
Receiver, etc.

No. 1005.

Supreme Court of the United States.

June 3, 1918.

For opinion below, see 245 F. 46, 157 C.C.A. 342.

Messrs. W. H. Metson, Curtis Hillyer, and Metson,
Drew & Mackenzie, all of San Francisco, Cal., for peti-
tioners.

Mr. Orion L. Rider, of Vinita, Okl., for respondent.

Petition for a writ of certiorari to the United States
Circuit Court of Appeals for the Ninth Circuit denied.

247 U.S. 512, 38 S.Ct. 579

R. C. WOOD, Petitioner, v. F. G. NOYES, as Receiver, etc.

No. 1006.

Supreme Court of the United States.

June 3, 1918.

For opinion below, see 245 F. 742, 158 C.C.A. 144.

Messrs. W. H. Metson and Curtis Hillyer, both of San
Francisco, Cal., John L. McGinn, of Fairbanks, Alaska,
and Metson, Drew & Mackenzie, of San Francisco, Cal.,
for petitioner.

Mr. Orion L. Rider, of Vinita, Okl., for respondent.

Petition for a writ of certiorari to the United States
Circuit Court of Appeals for the Ninth Circuit denied.